**Order filed February 2, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-20-00704-CV
_____

**JEFFREY  LANE  POWE, Appellant**

**V.**

**DOWDUPONT INC. D/B/A THE DOW CHEMICAL COMPANY, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 101748-CV**

---

## O R D E R

Appellant's brief was due January 11, 2021. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **March 1, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.